Ernest Cory (Admitted *Pro Hac Vice*)
Kristian W. Rasmussen (Admitted *Pro Hac Vice*)
Lauren S. Miller (Admitted *Pro Hac Vice*)
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@corywatson.com
      krasmussen@corywatson.com
      lmiller@corywatson.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02691-RS<br>MDL No. 2691 |
| AMADOR HERRARA,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC.,<br><br>    Defendant. | Case No: 3:15-cv-04888-RS<br><br>**Short Form Complaint** |

    Plaintiff, Amador Herrara, incorporates by reference the Plaintiffs' Master Long Form Complaint filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) Products Liability Litigation*. Plaintiff further shows the court as follows:

1. Plaintiff's Name:
    a. Amador Herrara
2. Name of the party or deceased who ingested Viagra or Revatio (hereinafter, "Viagra"), and suffered injury, if different than Plaintiff:
    a. N/A

3. Name of additional or other Plaintiff, including loss of consortium plaintiffs (i.e. administrator, executor, guardian, conservator):
   a. N/A
4. Plaintiff's current city and state of residence:
   a. San Francisco, CA
5. District Court in which venue would be proper absent direct filing:
   a. Northern District of California
6. City and state of Plaintiff or decedent when they were diagnosed with melanoma:
   a. Burlingame, CA
7. Approximate dates that the Plaintiff or decedent ingested Viagra:
   a. Start date: 9/17/2007
   b. Stop date: 3/7/2014
8. Date(s) that Plaintiff was diagnosed with melanoma which he alleges was caused by Viagra:
   a. 5/25/2012
9. Date of death of decedent, if applicable:
   a. N/A
10. Defendants against whom Complaint is made:
    a. Pfizer Inc.: X
    b. Other: _____
11. Counts in the Master Complaint brought by Plaintiff:
    a. Count 1 (Negligence): X
    b. Count 2 (Gross Negligence): X
    c. Count 3 (Negligence Per Se): X
    d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness) X
    e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) X
    f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) X
    g. Count 7 (Strict Liability – Defective Design): X

|   |   |   |
|---|---|---|
| 1 | h. | Count 8 (Strict Liability – Failure to Warn): X |
| 2 | i. | Count 9 (Failure to Test): X |
| 3 | j. | Count 10 (Breach of Express Warranty): X |
| 4 | k. | Count 11 (Breach of Implied Warranty): X |
| 5 | l. | Count 12 (Fraudulent Misrepresentation and Concealment): X |
| 6 | m. | Count 13 (Negligent Misrepresentation and Concealment): X |
| 7 | n. | Count 14 (Fraud and Deceit): X |
| 8 | o. | Count 15 (Willful, Wanton, and Malicious Conduct): X |
| 9 | p. | Count 16 (Unjust Enrichment): X |
| 10 | q. | Count 17 (Loss of Consortium): _____ |
| 11 | r. | Count 18 (Survival): _____ |
| 12 | s. | Count 19 (Wrongful Death): _____ |
| 13 | t. | Count 20 (Punitive Damages): X |
| 14 | u. | Other: _____ |

12. Jury Demand

　　a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby demands a trial by jury as to all claims in this action: Yes X  No ___

Dated this the 4th day of November, 2016.

Respectfully submitted on behalf of the Plaintiff,

　　　　　　　　　　　　　　*/s/ Ernest Cory*
　　　　　　　　　　　　　　Ernest Cory
　　　　　　　　　　　　　　Kristian W. Rasmussen
　　　　　　　　　　　　　　Lauren S. Miller
　　　　　　　　　　　　　　CORY WATSON, P.C.
　　　　　　　　　　　　　　2131 Magnolia Avenue
　　　　　　　　　　　　　　Birmingham, AL 35205
　　　　　　　　　　　　　　Telephone: (205) 328-2200
　　　　　　　　　　　　　　Facsimile: (205) 324-7896
　　　　　　　　　　　　　　Email: ecory@corywatson.com
　　　　　　　　　　　　　　　　　　 krasmussen@corywatson.com
　　　　　　　　　　　　　　　　　　 lmiller@corywatson.com

## CERTIFICATE OF SERVICE

I, Ernest Cory, hereby certify that on this 4th day of November, 2016, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Ernest Cory*